# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALL STATE VEHICLE AND PROPERTY INSURANCE COMPANY, | : : : : | CIVIL NO.: 1:22-CV-01061 |
| Plaintiff, | : : | (Magistrate Judge Schwab) |
| v. | : : | |
| OMEGA FLEX, INC., | : : : : | |
| Defendant. | : | |

## ORDER
September 23, 2022

**IT IS ORDERED** that **on or before October 14, 2022**, the plaintiff shall submit a report advising the undersigned of the status of the case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge